## RECONSIDERATION OF PRIOR DECISIONS

**2002–1673.   State ex rel. White v. Ohio Adult Parole Auth.**
Allen App. No. 1–02–60. Reported at 98 Ohio St.3d 290, 2003-Ohio-773, 783 N.E.2d 900. On motion for reconsideration. Motion denied.

**2002–2001.   State v. McCullough.**
Fayette App. No. CA2001–10–015, 2002-Ohio-5453. Reported at 98 Ohio St.3d 1478, 2003-Ohio-974, 784 N.E.2d 711. On motion for reconsideration. Motion denied.

**2002–2166.   Fishel v. Fishel.**
Tuscarawas App. No. 2002AP030023, 2002-Ohio-6178. Reported at 98 Ohio St.3d 1480, 2003-Ohio-974, 784 N.E.2d 712. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.